No. 1193. BROWN & ROOT, INC. *v.* AMERICAN HOME ASSURANCE Co. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioner. *Carl G. Stearns* for respondent.

No. 1294. HOLTZMAN *v.* RUSK, SECRETARY OF STATE. C. A. D. C. Cir. Motion to dispense with printing petition granted. Certiorari denied. *Morril B. Spaulding, Jr.,* and *Stuart M. Speiser* for petitioner.

No. 1199. JENNINGS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Thomas R. Dyson, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1262. AVERY *v.* OWENS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Richard Steel* for petitioner. *Edward S. Bentley* for respondent.

No. 1158. LENSKE *v.* OREGON EX REL. OREGON STATE BAR. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Reuben G. Lenske,* petitioner, *pro se.*

No. 1197. GAMBLE-SKOGMO, INC. *v.* GASS ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *George B. Christensen* and *Thomas A. Reynolds, Sr.,* for petitioner. *John P. Madigan* for respondents.

No. 1348, Misc. LARRANAGA *v.* COX, WARDEN. Sup. Ct. N. M. Certiorari denied.